IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**MARY TENAMORE**,

                Plaintiff,

                                        Case No. 18-cv-952

      v.

**TRAVEL MART, INC.**,

                Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

---

PLEASE TAKE NOTICE that Plaintiff, through her undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, and without payment of costs or fees, Plaintiff's Complaint against Defendant.

Dated this 28th day of December, 2018.

*Attorneys for the Plaintiff*

By: */s/David C. Zoeller*
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Caitlin M. Madden, State Bar No. 1089238
Email: cmadden@hq-law.com
Hawks Quindel, S.C.
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236